# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| JAMES VAN CONNOR, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 6:19-cv-02008-BHH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Van Connor files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against Defendant Charter Communications, Inc. None of the rights of any putative class members, other than the Plaintiff, have been released or are otherwise affected by this dismissal.

DATED: September 8, 2020.

Respectfully submitted,

| | |
|---|---|
| **DAVE MAXFIELD, ATTORNEY, LLC** | **SOWELL & DuRANT LLC** |
| */s/ David A. Maxfield* | */s/ Bess Jones DuRant* |
| David A. Maxfield | Thornwell F. Sowell |
| P.O. Box 11865 | Federal ID No. 4244 |
| Columbia, SC 29211 | bsowell@sowelldurant.com |
| dave@consumerlawsc.com | Bess Jones DuRant |
| | Federal ID No. 10603 |
| **PARONICH LAW, P.C.** | bdurant@sowelldurant.com |
| Anthony I. Paronich (*pro hac vice*) | 1325 Park Street, Suite 100 |
| 350 Lincoln Street, Suite 2400 | Columbia, SC 29201 |
| Hingham, MA 02043 | Telephone: 803-722-1100 |
| anthony@broderick-law.com | |
| | **KABAT CHAPMAN & OZMER LLP** |
| **KEOGH LAW, LTD.** | Ryan D. Watstein (*pro hac vice*) |
| Keith J. Keogh (*pro hac vice*) | GA Bar No. 266019 |
| Timothy J. Sostrin (*pro hac vice*) | rwatstein@kcozlaw.com |
| 55 West Monroe Street, Suite 3390 | Jessica D. Gallegos (*pro hac vice*) |
| Chicago, IL 60603 | GA Bar No. 759709 |
| Keith@keoghlaw.com | jgallegos@kcozlaw.com |
| tsostrin@keoghlaw.com | 171 17th Street NW, Suite 1550 |
| | Atlanta, Georgia 30363 |
| *Counsel for Plaintiff James Van Connor* | Telephone: (404) 400-7300 |
| | Facsimile: (404) 400-7333 |
| | |
| | *Counsel for Defendant Charter Communications, Inc.* |